UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter Bepler, *et al.* )<br>)<br>    Plaintiffs. )<br>)<br>v. )<br>)<br>Daniel Matthew Vorobek, *et al.*, )<br>)<br>    Defendants. ) | Civil No. 1:17-cv-01876 |

CERTIFICATE RULE LCvR 7.1

Pursuant to Fed. R. Civ. P. 7.1 and Local Rules 7.1 and 26.1, I, the undersigned, counsel of record for Anybill Financial Services, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, affiliates, or other companies that own at least 10% of the stock of Anybill Financial Services, Inc. These representations are made in order that judges of this Court may determine the need for recusal.

Washington, DC  
Dated: September 13, 2017

Respectfully submitted,

By: */s/ Kenneth J. Pfaehler*  
Kenneth J. Pfaehler, DC Bar No. 461718  
Daniel Morris, DC Bar No. 1018371  
1900 K Street, N.W.  
Washington, D.C. 20006  
Telephone: (202) 408-6400  
Facsimile: (202) 486-7756  
kenneth.pfaehler@dentons.com  
daniel.morris@dentons.com  
*Counsel for Anybill Financial Services, Inc.*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by hand delivery this 13th day of September, 2017 on:

>Richard P. Goldberg, Esq.
>Goldberg & Clements, pllc
>1250 Connecticut Avenue NW, Suite 200
>Washington, D.C.  20036
>
>*Counsel for Plaintiff Peter Bepler*
>
>Mark S. Levinstein
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, DC 20005
>
>*Counsel for Defendant Christopher John Vorobek*

 */s/ Kenneth J. Pfaehler*
Kenneth J. Pfaehler

105001214